8/30/2018 Truecaller on the App Store

✖

| 7.45 | Apr 12, 2017 |

* Various bugs fixes

| 7.40 | Mar 28, 2017 |

* Now you can purchase Truecaller Professional by subscribing just once. No need to purchase manually every month
* Various bugs fixes

| 7.20 | Dec 12, 2016 |

* 30x faster spam list update
* Faster app startup speed
* Option to clear Call History
* 3D Touch actions
* Fixed clipboard search bug

more

| 7.10 | Oct 26, 2016 |

Ready for iOS 10: Automatically identify every telemarketer and nuisance caller as soon as your phone rings!

Updates in this version:
* Automatic spam / scam call identification: 100x more numbers identified
* Now you can block unwanted callers, not just report them

more

| 7.1 | Aug 9, 2016 |

- Lower keypad volume.
- Option to disable availability and last seen.
- Performance improvements.

| 7.0 | Jul 26, 2016 |

Ready for it…now you can make calls with Truecaller! Update now to check out your smart call history and slick dial pad (built for T9 search). See when friends are free before you call, like the thoughtful friend you are, and find phonebook contacts faster. Call some friends today and let us know what you think!

| 6.74 | Jun 20, 2016 |

Bugfix



## Description

Identify and block spammers, search for unknown numbers, call friends and much more! With a community-based spam list from over 250 million users, Truecaller is the only phone app you'll ever need.

AVOID ANNOYING SPAM CALLS
- Automatically identify spam and fraud calls before you pick up

https://itunes.apple.com/us/app/truecaller/id448142450?mt=8 1/3



EXHIBIT A

- Filter junk SMS automatically
- Block unwanted callers

(Enable Spam Identification and Blocking on iOS 10 by going to Settings-> Phone-> Call Blocking & Identification)

\* Various bugs fixes

\* Now you can purchase Truecaller Professional by subscribing just once. No need to purchase manually every month
\* Various bugs fixes

more

more

- Lower keypad volume.
- Option to disable availability and last seen.
- Performance improvements.

Ready for it…now you can make calls with Truecaller! Update now to check out your smart call history and slick dial pad (built for T9 search). See when friends are free before you call, like the thoughtful friend you are, and find phonebook contacts faster. Call some friends today and let us know what you think!

Bugfix

Identify spammers and search for unknown numbers.

I got this app, TrueCaller, and its only works part of the time. Understanding there are constantly new numbers added to the spam list, I expect to update the app database daily. Not that big of a deal. The problem is, it clearly more

EXHIBIT A

## Information

Seller    True Software Scandinavia AB

\* Various bugs fixes

\* Now you can purchase Truecaller Professional by subscribing just once. No need to purchase manually every month
\* Various bugs fixes

more

more

- Lower keypad volume.
- Option to disable availability and last seen.
- Performance improvements.

Ready for it…now you can make calls with Truecaller! Update now to check out your smart call history and slick dial pad (built for T9 search). See when friends are free before you call, like the thoughtful friend you are, and find phonebook contacts faster. Call some friends today and let us know what you think!

Bugfix

More ways to shop: Visit an Apple Store, call 1-800-MY-APPLE, or find a reseller.

Copyright © 2018 Apple Inc. All rights reserved.    Privacy Policy    Terms of Use    Sales and Refunds    Legal    Site Map    United States

**EXHIBIT A**