UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MHD YAHYA ALGHAFIR AND TRUE CALL TELECOM D/B/A TRUE CALL<br><br>*Plaintiffs,*<br><br>v.<br><br>TRUE SOFTWARE SCANDINAVIA AB<br><br>*Defendant.* | § § § § § § § § § § | Civil Action No. 4:19-cv-369 |

## NOTICE OF STIPULATION OF DISMISSAL

Plaintiffs Mhd Yahya Alghafir and True Call Telecom d/b/a True Call, and Defendant True Software Scandinavia AB hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated December 23, 2019.

/s/Mehdi Cherkaoui
Mehdi Cherkaoui
Texas Bar No. 24086077
**CHERKAOUI & ASSOCIATES, P.L.L.C.**
1200 Smith Street, Suite 1600
Houston, TX 77002
Telephone: (281) 946-9466
Facsimile: (877) 282-7874
mehdi@cherkaouilawfirm.com
*Attorney-in-Charge for Plaintiffs*

1

Dated December 23, 2019

_____
Stephen P. Meleen
Texas Bar No. 00795776
S.D. Texas Bar No. 24154
smeleen@pirkeybarber.com
PIRKEY BARBER, PLLC
600 Congress Avenue, Suite 2120
Austin, Texas 78701
Telephone: (512) 322-5200
Facsimile: (512) 322-5201